1 WILLIAM J. PORTANOVA, State Bar No. 106193
Attorney at Law
2 400 Capitol Mall, Suite 1100
Sacramento, CA 95814
3 (916) 444-7900
(916) 444-7998 fax
4 portanova@thelawoffices.com

5 Attorney for Defendant William T. Bridge

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | **CASE NO.   Cr. S-08-0275-WBS** |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **STIPULATION AND** |
| v. | ) | **(Proposed) ORDER** |
| | ) | **RE: CONTINUANCE OF** |
| WILLIAM T. BRIDGE, | ) | **SENTENCING DATE** |
| | ) | |
| Defendant. | ) | Date: September 2, 2008 |
| _____ | ) | Time: 8:30 a.m. |

    With the Court's permission, defendant WILLIAM T. BRIDGE and the UNITED STATES OF AMERICA, by and through their undersigned counsel, do hereby stipulate and agree to continue William T. Bridge's sentencing from the presently scheduled date of September 2, 2008 to November 17, 2008 at 8:30 a.m.

    This continuance is based upon the continuing cooperation of the defendant with the United States Department of Justice in its investigation and prosecution of other persons in this case.

//

//

//

U.S. Probation Officer Scott Storey is aware of this requested continuance and has no objection.

IT IS SO STIPULATED.

DATED: August 27, 2008          /s/ Courtney Linn, by WJP
                                COURTNEY LINN
                                Assistant United States Attorney

DATED: August 27, 2008          /s/ William J. Portanova
                                Attorney for Defendant William T. Bridge

**IT IS SO ORDERED.**

**DATED: August 27, 2008**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE