WILLIAM J. PORTANOVA, State Bar No. 106193
Attorney at Law
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
(916) 444-7900
(916) 444-7998 fax
portanova@thelawoffices.com

Attorney for Defendant William T. Bridge

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | **CASE NO.   Cr. S-08-0275-WBS** |
| ) | |
| Plaintiff, ) | |
| ) | **STIPULATION AND** |
| v. ) | **(PROPOSED) ORDER** |
| ) | **RE: CONTINUANCE OF** |
| WILLIAM T. BRIDGE, ) | **SENTENCING DATE** |
| ) | |
| ) | Date: November 12, 2008 |
| Defendant. ) | Time: 8:30 a.m. |
| _____ ) | |

With the Court's permission, defendant WILLIAM T. BRIDGE and the UNITED STATES OF AMERICA, by and through their undersigned counsel, do hereby stipulate and agree to continue William T. Bridge's sentencing from the presently scheduled date of November 17, 2008 to February 9, 2009 at 8:30 a.m.

This continuance is based upon the continuing cooperation of the defendant with the United States Department of Justice in its investigation and prosecution of other persons in this case.

//

//

//

1  U.S. Probation Officer Linda Alger is aware of this requested continuance and has no
2  objection.
3  IT IS SO STIPULATED.

5  DATED:    November 13, 2008        /s/ Courtney Linn, by WJP
                                      COURTNEY LINN
6                                     Assistant United States Attorney

8  DATED:    November 13, 2008        /s/ William J. Portanova
                                      WILLIAM J. PORTANOVA
9                                     Attorney for Defendant William T. Bridge

**IT IS SO ORDERED.**

**DATED:**    November 14, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

- 2 -