1  WILLIAM J. PORTANOVA, State Bar No. 106193
   Attorney at Law
2  400 Capitol Mall, Suite 1100
   Sacramento, CA 95814
3  (916) 444-7900
   (916) 444-7998 fax
4  portanova@thelawoffices.com

5  Attorney for Defendant William T. Bridge

6

7

8

9                          UNITED STATES DISTRICT COURT

10                         EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA            )    **CASE NO.      Cr. S-08-0275-WBS**
                                        )
13            Plaintiff,                )
                                        )    **STIPULATION AND**
14      v.                              )    **(~~PROPOSED~~) ORDER**
                                        )    **RE: CONTINUANCE OF**
15  WILLIAM T. BRIDGE,                  )    **SENTENCING DATE**
                                        )
16                                      )    Date: February 9, 2008
              Defendant.                )    Time: 8:30 a.m.
17  _____    )

18

19         With the Court's permission, defendant WILLIAM T. BRIDGE and the UNITED

20  STATES OF AMERICA, by and through their undersigned counsel, do hereby stipulate and

21  agree to continue William T. Bridge's sentencing from the presently scheduled date of February

22  9, 2009 at 8:30 a.m to April 6, 2009 at 8:30am.

23         This continuance is based upon the continuing cooperation of the defendant with the

24  United States Department of Justice in its investigation and prosecution of other persons in this

25  case.

26  //

27  //

28  //

1     U.S. Probation Officer Scott Storey is aware of this requested continuance and has no

2 objection.

3 IT IS SO STIPULATED.

4

5 DATED:        February 5, 2009          /s/  KYLE REARDON
                                          KYLE REARDON
6                                         Assistant United States Attorney

7

8 DATED:        February 5, 2009          /s/ William J. Portanova
                                          WILLIAM J. PORTANOVA
9                                         Attorney for Defendant William T. Bridge

10

11
    **IT IS SO ORDERED.**
12

13 **DATED:**      February 6, 2009

14

15 _____
    WILLIAM B. SHUBB
16  UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28