1  WILLIAM J. PORTANOVA, State Bar No. 106193
   Attorney at Law
2  400 Capitol Mall, Suite 1100
   Sacramento, CA 95814
3  (916) 444-7900
   (916) 444-7998 fax
4  portanova@thelawoffices.com

5  Attorney for Defendant William T. Bridge

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. Cr. S-08-0275-WBS |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER** |
| WILLIAM T. BRIDGE, | **RE: CONTINUANCE OF SENTENCING DATE** |
| Defendant. | Date: April 6, 2009<br>Time: 8:30 a.m. |

With the Court's permission, defendant WILLIAM T. BRIDGE and the UNITED STATES OF AMERICA, by and through their undersigned counsel, do hereby stipulate and agree to continue William T. Bridge's sentencing from the presently scheduled date of April 6, 2009 at 8:30 a.m to May 26, 2009 at 8:30am.

This continuance is based upon the continuing cooperation of the defendant with the United States Department of Justice in its investigation and prosecution of other persons in this case.

//

//

//

U.S. Probation Officer Scott Storey is aware of this requested continuance and has no objection.

IT IS SO STIPULATED.

DATED: April 6, 2009 /s/ KYLE REARDON
KYLE REARDON
Assistant United States Attorney

DATED: April 6, 2009 /s/ William J. Portanova
WILLIAM J. PORTANOVA
Attorney for Defendant William T. Bridge

**IT IS SO ORDERED.**

**DATED:** April 6, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE