WILLIAM J. PORTANOVA, State Bar No. 106193
Attorney at Law
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
(916) 444-7900
(916) 444-7998 fax
portanova@thelawoffices.com

Attorney for Defendant William T. Bridge

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WILLIAM T. BRIDGE, )<br>)<br>Defendant. )<br>_____ ) | **CASE NO.   Cr. S-08-0275-WBS**<br><br>**STIPULATION AND<br>(PROPOSED) ORDER<br>RE: CONTINUANCE OF<br>SENTENCING DATE**<br><br>Date: August 3, 2009<br>Time: 8:30 a.m. |

   With the Court's permission, defendant WILLIAM T. BRIDGE and the UNITED STATES OF AMERICA, by and through their undersigned counsel, do hereby stipulate and agree to continue William T. Bridge's sentencing from the presently scheduled date of August 3, 2009 to September 28, 2009 at 8:30 a.m.

   This continuance is based upon the continuing cooperation of the defendant with the United States Department of Justice in its investigation and prosecution of other persons in this case.

//

//

//

1  U.S. Probation Officer Scott Storey is aware of this requested continuance and has no
2  objection.
3  IT IS SO STIPULATED.

5  DATED:    July 29, 2009            /s/ Benjamin Wagner by WJP
                                      BENJAMIN WAGNER
6                                     Assistant United States Attorney

8  DATED:    July 29, 2009            /s/ William J. Portanova
                                      WILLIAM J. PORTANOVA
9                                     Attorney for Defendant William T. Bridge

**IT IS SO ORDERED.**

**DATED: July 29, 2009**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

- 2 -