WILLIAM J. PORTANOVA, State Bar No. 106193
Attorney at Law
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
(916) 444-7900
(916) 444-7998 fax
portanova@thelawoffices.com

Attorney for Defendant William T. Bridge

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WILLIAM T. BRIDGE, )<br>)<br>Defendant. )<br>_____ ) | **CASE NO.   Cr. S-08-0275-WBS**<br><br>**STIPULATION AND (~~PROPOSED~~) ORDER RE: CONTINUANCE OF SENTENCING DATE**<br><br>Date: September 28, 2009<br>Time: 8:30 a.m. |

With the Court's permission, defendant WILLIAM T. BRIDGE and the UNITED STATES OF AMERICA, by and through their undersigned counsel, do hereby stipulate and agree to continue William T. Bridge's sentencing from the presently scheduled date of September 28, 2009 to October 19, 2009 at 8:30 a.m.

This continuance is based upon the continuing cooperation of the defendant with the United States Department of Justice in its investigation and prosecution of other persons in this case.

//

//

//

1  U.S. Probation Officer Scott Storey is aware of this requested continuance and has no
2  objection.
3  IT IS SO STIPULATED.
4
5  DATED:   September 28, 2009        /s/
                                       LAUREL LIMON
6                                      Assistant United States Attorney
7
8  DATED:   September 28, 2009        /s/ William J. Portanova
                                       WILLIAM J. PORTANOVA
9                                      Attorney for Defendant William T. Bridge
10
11
**IT IS SO ORDERED.**
12
13  **DATED:** September 24, 2009

14
                                       WILLIAM B. SHUBB
15                                     UNITED STATES DISTRICT JUDGE

- 2 -