1  WILLIAM J. PORTANOVA, State Bar No. 106193
   Attorney at Law
2  400 Capitol Mall, Suite 1100
   Sacramento, CA 95814
3  Telephone: (916) 444-7900
   portanova@thelawoffices.com

4  Attorney for William T. Bridge

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | **CASE NO.   Cr. S-08-0275-WBS** |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **STIPULATION AND** |
| | ) | (**PROPOSED**) **ORDER** |
| v. | ) | **RE: CONTINUANCE OF** |
| | ) | **SENTENCING DATE** |
| WILLIAM T. BRIDGE, | ) | |
| | ) | Date: October 19, 2009 |
| Defendant. | ) | Time: 8:30 a.m. |
| _____ | ) | |

18    With the Court's permission, defendant WILLIAM T. BRIDGE and the UNITED

19 STATES OF AMERICA, by and through their undersigned counsel, hereby stipulate and agree

20 to continue William T. Bridge's sentencing from the presently scheduled date of October 19,

21 2009 to November 30, 2009 at 8:30 a.m.

22    This continuance is based upon the continuing cooperation of the defendant with the

23 United States Department of Justice in its investigation and prosecution of other persons in this

24 case.

25 //

26 //

27 //

28 //

1  IT IS SO STIPULATED.

2

3  DATED:     October 15, 2009          /s/ Laurel Rimon
                                        LAUREL RIMON
4                                       Assistant United States Attorney

5

6  DATED:     October 15, 2009          /s/ William J. Portanova
                                        WILLIAM J. PORTANOVA
7                                       Attorney for Defendant William T. Bridge

8
   **IT IS SO ORDERED.**
9

10 **DATED:** October 16, 2009

11
                       _____
12                     WILLIAM B. SHUBB
                       UNITED STATES DISTRICT JUDGE
13