WILLIAM J. PORTANOVA, State Bar No. 106193
Attorney at Law
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
Telephone: (916) 444-7900
portanova@thelawoffices.com

Attorney for William T. Bridge

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WILLIAM T. BRIDGE, ) <br> ) <br> Defendant. ) <br> _____ ) | **CASE NO.   Cr. S-08-0275-WBS** <br><br> **STIPULATION AND** <br> **(PROPOSED) ORDER** <br> **RE: CONTINUANCE OF** <br> **SENTENCING DATE** <br><br> Date: November 30, 2009 <br> Time: 8:30 a.m. |

With the Court's permission, defendant WILLIAM T. BRIDGE and the UNITED STATES OF AMERICA, by and through their undersigned counsel, hereby stipulate and agree to continue William T. Bridge's sentencing from the presently scheduled date of November 30, 2009 to February 22, 2010 at 8:30 a.m.

This continuance is based upon the continuing cooperation of the defendant with the United States Department of Justice in its investigation and prosecution of other persons in this case.

//

//

//

//

IT IS SO STIPULATED.

DATED: November 23, 2009        /s/ Laurel Rimon
                                LAUREL RIMON
                                Assistant United States Attorney


DATED: November 23, 2009        /s/ William J. Portanova
                                WILLIAM J. PORTANOVA
                                Attorney for Defendant William T. Bridge

**IT IS SO ORDERED.**

**DATED:** November 23, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

- 2 -