1  WILLIAM J. PORTANOVA, State Bar No. 106193
   Attorney at Law
2  400 Capitol Mall, Suite 1100
   Sacramento, CA 95814
3  (916) 444-7900
   (916) 444-7998 fax
4  portanova@thelawoffices.com

5  Attorney for Defendant William T. Bridge

6

7

8

9                   UNITED STATES DISTRICT COURT

10                  EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA        )   CASE NO.   Cr. S-08-0275-WBS
                                    )
13          Plaintiff,              )
                                    )   **STIPULATION AND**
14      v.                          )   **(PROPOSED) ORDER**
                                    )   **RE: CONTINUANCE OF**
15  WILLIAM T. BRIDGE,              )   **SENTENCING DATE**
                                    )
16                                  )   Date: February 22, 2010
            Defendant.              )   Time: 8:30 a.m.
17  _____ )

18

19      With the Court's permission, defendant WILLIAM T. BRIDGE and the UNITED

20  STATES OF AMERICA, by and through their undersigned counsel, do hereby stipulate and

21  agree to continue William T. Bridge's sentencing from the presently scheduled date of February

22  22, 2010 to March 29, 2010 at 8:30 a.m.

23      This continuance is based upon the continuing cooperation of the defendant with the

24  United States Department of Justice in its investigation and prosecution of other persons in this

25  case.

26  //

27  //

28  //

IT IS SO STIPULATED.

| | | |
|---|---|---|
| DATED: | February 8, 2010 | /s/ Laurel Rimon<br>LAUREL RIMON<br>Assistant United States Attorney |
| DATED: | February 8, 2010 | /s/ William J. Portanova<br>WILLIAM J. PORTANOVA<br>Attorney for Defendant William T. Bridge |

**IT IS SO ORDERED.**

**DATED:**   February 9, 2010

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE