1    WILLIAM J. PORTANOVA, State Bar No. 106193
     Attorney at Law
2    400 Capitol Mall, Suite 1100
     Sacramento, CA 95814
3    (916) 444-7900
     (916) 444-7998 fax
4    portanova@thelawoffices.com

5    Attorney for Defendant William T. Bridge

6

7

8

9                    UNITED STATES DISTRICT COURT

10                  EASTERN DISTRICT OF CALIFORNIA

11

12   UNITED STATES OF AMERICA        )      **CASE NO.**    **Cr. S-08-0275-WBS**
                                      )
13                  Plaintiff,        )
                                      )      **STIPULATION AND**
14        v.                          )      (~~PROPOSED~~) **ORDER**
                                      )      **RE: CONTINUANCE OF**
15   WILLIAM T. BRIDGE,               )      **SENTENCING DATE**
                                      )
16                  Defendant.        )      Date: March 29, 2010
                                      )      Time: 8:30 a.m.
17   _____ )

18

19        With the Court's permission, defendant WILLIAM T. BRIDGE and the UNITED

20   STATES OF AMERICA, by and through their undersigned counsel, do hereby stipulate and

21   agree to continue William T. Bridge's sentencing from the presently scheduled date of March 29,

22   2010 to April 19, 2010 at 8:30 a.m.

23        This continuance is based upon the continuing cooperation of the defendant with the

24   United States Department of Justice in its investigation and prosecution of other persons in this

25   case.

26        This is expected to be the last such continuance.

27   //

28

1   IT IS SO STIPULATED.

2

3   DATED:       March 23, 2010          /s/ Laurel Rimon by WJP
                                         LAUREL RIMON
4                                        Assistant United States Attorney

5

6   DATED:       March 23, 2010          /s/ William J. Portanova
                                         WILLIAM J. PORTANOVA
7                                        Attorney for Defendant William T. Bridge

8

9
    **IT IS SO ORDERED.**
10

11  **DATED:**       March 24, 2010

12

13                                       WILLIAM B. SHUBB
                                         UNITED STATES DISTRICT JUDGE
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28